883 A.2d 347

IN THE MATTER OF RICHARD M. ONOREVOLE, AN
ATTORNEY AT LAW (ATTORNEY NO. 011271983).

October 6, 2005.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–126, concluding that **RICHARD M. ONORE-VOLE** of **LAKE HIAWATHA**, who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of six months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 1.3 (lack of diligence), *RPC*

1.4(a) (failure to communicate with the client), and *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and good cause appearing;

It is ORDERED that **RICHARD M. ONOREVOLE** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective November 1, 2005; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.